IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ERICA BEATTIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-000812-CV-W-NKL |
| ) | |
| ) | |
| WAL-MART SUPER CENTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Defendant's Motion to Dismiss is DENIED without prejudice. Defendant's Motion for More Definite Statement [Doc. # 6] is GRANTED because Plaintiff's Complaint is not clear. Plaintiff has 14 days to file a new complaint that gives Defendant notice of her specific claims and the facts that support her claim. Each claim and the facts supporting that claim must be stated separately.

On her FMLA claim, Plaintiff must specify whether she is claiming that Defendant interfered with her FMLA rights, or that Defendant retaliated against her for exercising her FMLA rights, or both. Plaintiff must also state the facts she is relying on to show how the Defendant violated any of her FMLA rights.

On her wrongful termination and discrimination claims, Plaintiff must state why

1

she was terminated, and what law forbids termination for that reason. The facts that she is relying on to show discrimination and any facts she is relying on to show wrongful termination should be stated separately as to each claim.

If Plaintiff fails to file her new complaint within 14 days as directed, her lawsuit will be dismissed without further notice.

                                                s/ Nanette K. Laughrey
                                                NANETTE K. LAUGHREY
                                                United States District Judge

Dated: November 2, 2011
Jefferson City, Missouri